UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| LEE DAVIDSON, | ) | 2:09-CV-01358-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PHILIP J. KOHN, et al., | ) | |
| Defendants | ) | |

Before the Court for consideration is Plaintiff Lee Davidson's Complaint (Doc. #1), filed on July 27, 2010.  On July 27, 2010, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report of Findings and Recommendations (Doc. #4) recommending that Plaintiff Davidson's Complaint (Doc. #1) should be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #4) is Affirmed and Plaintiff Lee Davidson's Complaint (Doc. #1) is **DISMISSED** with prejudice.

DATED:  August 5, 2010.

PHILIP M. PRO
United States District Judge